IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CV280 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| BUFFY J. PLANER ) | |
| a/k/a Buffy J. Garnett, et al., ) | |
| ) | |
| Defendant(s). ) | |

This matter is before the Court on the Plaintiff's Motion for Dismissal. The motion complies with Fed. R. Civ. P. 41(a)(1)(i), and I find that it should be granted. Accordingly,

IT IS ORDERED:

1) The Plaintiff's Motion for Dismissal (Filing No. 7) is granted; and

2) The Amended Complaint and all claims in this matter are dismissed without prejudice.

DATED this 10th day of November, 2005.

BY THE COURT:

s/ Laurie Smith Camp
UNITED STATES DISTRICT JUDGE